# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV160

| | | |
|---|---|---|
| P. H. GLATFELTER COMPANY, | ) | |
| Plaintiff, | ) | |
| Vs. | ) | <u>O R D E R</u> |
| OLIN CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's motions for admission *pro hac vice* of Craig C. Martin and Amanda S. Amert, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motions are **ALLOWED**, and Craig C. Martin and Amanda S. Amert, are hereby granted special admission to the bar of this Court, payment of the admission fees having been received by the Clerk of this Court.

Signed: June 17, 2008

Lacy H. Thornburg
United States District Judge