# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:08CV160

| | |
|---|---|
| P. H. GLATFELTER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| OLIN CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's motion to stay this action, pending its appeal of this Court's summary judgment order in a related litigation. ***See* Memorandum and Order, and Judgment, Civil No. 1:06CV367, filed October 14, 2008.**

It appearing to the Court that Plaintiff has shown good cause for further stay of this action, and Defendant Olin Corporation having consented,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for further stay of the instant litigation is **GRANTED**, and this action is hereby stayed pending further order of the Court.

**IT IS FURTHER ORDERED** that this Court's prior order concerning preservation of documents, dated August 25, 2008, shall hereby remain in full force and effect while this stay is pending.

Signed: November 4, 2008

Lacy H. Thornburg
United States District Judge