# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:08cv160

| | |
|---|---|
| P.H. GLATFELTER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| OLIN CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte*.

On November 4, 2008, the Court entered an Order staying this action pending the Plaintiff's appeal of a summary judgment order in a related litigation. [Doc. 21]. On March 5, 2010, the Fourth Circuit Court of Appeals issued an opinion affirming the Court's decision in that related litigation. See Olin Corp. v. P.H. Glatfelter Co., No. 08-2252, slip op. at 8 (4th Cir. Mar. 5, 2010).

**IT IS, THEREFORE, ORDERED** that the Order entered by this Court on November 4, 2008 [Doc. 21] staying the instant litigation is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Defendant shall file an Answer to the Plaintiff's Complaint within twenty-one (21) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: March 9, 2010

Martin Reidinger
United States District Judge